UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RLLW, INC.,                                )
                                           )
      Plaintiff(s),                        )
                                           )
Vs.                                        )   Case No.
                                           )
AMERICAN FEBERAL INC. d/b/a AMBANC, et al.,)
                                           )
      Defendant(s).                        )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri notice is hereby given by counsel of record for _____Plaintiff_____, that the following corporate interests are disclosed:

1. The parent companies of the corporation:
   None.

2. Subsidiaries not wholly owned by the corporation:
   None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   None.

*[signature]*

Signature (Counsel for Plaintiff/Defendant)
Print Name: Michael H. Kauffman
Address: Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
City/State/Zip: St. Louis, MO 63102
Phone: (314) 621-5070

**Certificate of Service**
I hereby certify that a true copy of the foregoing Disclosure of Corporate Interest Certificate was served (by mail) (by hand delivery) on all parties of record in this cause, this _____ Day of _____,20 _____.